Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Tinnus Enterprises, LLC  v. Telebrands Corporation

No. 16-1410

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Tinnus Enterprises, LLC and ZURU Ltd.
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: Robert Spendlove
- Law firm: Laubscher, Spendlove & Laubscher, P.C.
- Address: 1160 Spa Road Suite 2B
- City, State and ZIP: Annapolis, MD 21403
- Telephone: (410) 280-6608
- Fax #: (410) 280-6758
- E-mail address: rspendlove@laubscherlaw.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/6/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 1/18/2016 | /s/ Robert Spendlove |
|---|---|
| Date | Signature of pro se or counsel |

cc: All Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2016, I electronically filed a copy of this ENTRY OF APPEARANCE with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System, which will send a notification of electronic filing (NEF) to all counsel of record who are registered CM/ECF users, including counsel of record for the Appellants.

I further certify that one original of this ENTRY OF APPEARANCE is being served to the following counsel of record on January 18, 2016:

D. Michael Underhill
Stacey K. Grigsby
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

David Boies
Boies, Schiller & Flexner LLP
575 Lexington Avenue, #7
New York, NY 10022

Robert T. Maldonado
Elana Araj
Cooper & Dunham LLP
30 Rockefeller Plaza
New York, NY 10112

Dated:  January 18, 2016            /s/ Robert Spendlove
                                    Robert Spendlove
                                    Laubscher, Spendlove & Laubscher, P.C.
                                    1160 Spa Road Suite 2B
                                    Annapolis, MD 21403
                                    Telephone: (410) 280-6608
                                    Facsimile: (410) 280-6758