**FORM 8. Entry of Appearance**                                                              Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Telebrands Corp., et al.     v.     Tinnus Enterprises, LLC, et al.

No. 16-1410

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Telebrands Corp. and Bed Bath & Beyond Inc.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Elana Araj
Law Firm: Cooper & Dunham LLP
Address: 30 Rockefeller Plaza
City, State and Zip: New York, New York 10112
Telephone: (212) 278-0400
Fax #: (212) 391-0525
E-mail address: earaj@cooperdunham.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date January 19, 2016     Signature of pro se or counsel /s/ Elana Araj

cc: _____

Reset Fields

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail, on January 19, 2016, on the following counsel of record:

>Thomas M. Dunlap
>David Ludwig
>Eric Olavson
>Dunlap Bennett & Ludwig PLLC
>211 Church Street, SE
>Leesburg, VA 2015
>tdunlap@dbllawyers.com
>dludwig@dbllawyers.com
>eolavson@dbllawyers.com
>
>Cortland C. Putbrese
>Dunlap Bennett & Ludwig PLLC
>2307 East Broad Street, Suite 301
>Richmond, VA 23223
>cputbrese@dbllawyers.com
>
>Robert D. Spendlove
>Laubscher, Spendlove & Laubscher, P.C.
>1160 Spa Road, Suite 2B
>Annapolis, MD 21403
>rspendlove@laubscherlaw.com
>
>Counsel for Appellees
>Tinnus Enterprises, LLC and Zuru Ltd.

/s/ Robert T. Maldoando
Robert T. Maldonado