NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TINNUS ENTERPRISES, LLC, ZURU LTD.,**
*Plaintiffs-Appellees*

v.

**TELEBRANDS CORPORATION, BED BATH & BEYOND, INC.,**
*Defendants-Appellants*

---

2016-1410

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:15-cv-00551-RWS-JDL, Judge Robert Schroeder III.

---

## ON MOTION

---

PER CURIAM.

**O R D E R**

Appellants Telebrands Corporation and Bed Bath & Beyond, Inc. move for a stay pending appeal of a preliminary injunction ordered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

The appellees are directed to respond to the motion no later than 7 days from the date of filing of this order. Any reply is due no later than 3 days thereafter.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s31