NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**TINNUS ENTERPRISES, LLC, ZURU LTD.,**
*Plaintiffs-Appellees*

**v.**

**TELEBRANDS CORPORATION, BED BATH & BEYOND, INC.,**
*Defendants-Appellants*

―――――――――――

2016-1410

―――――――――――

Appeal from the United States District Court for the Eastern District of Texas in No. 6:15-cv-00551-RWS-JDL, Judge Robert Schroeder, III.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

Upon consideration of Appellants' unopposed motion for an extension of time, until May 30, 2016, to file their reply brief,

IT IS ORDERED THAT:

The motion is granted to the extent that the reply brief is due no later than May 31, 2016.

2          TINNUS ENTERPRISES, LLC v. TELEBRANDS CORPORATION

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s24